# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI ) | CASE NO. 4:23-cv-10541-FKB-EAS |
| ) | |
| Plaintiff, ) | HON. F. KAY BEHM |
| ) | |
| v. ) | |
| ) | **STIPULATED DISMISSAL WITH** |
| KRAUSE AND KINSMAN LAW, ) | **PREJUDICE** |
| LLC, et al. ) | |
| ) | |
| Defendants. ) | |

The parties have settled the above-captioned matter and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims asserted in this matter are dismissed with prejudice. Each party shall bear its own fees, costs, and any other litigation expenses. The Court, however, retains jurisdiction to enforce the settlement agreement between the parties and to adjudicate any disputes arising under it. A proposed order follows.

Dated:  June 26, 2023



_____
Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
Telephone: (734) 330-9671
Email:  markdobronski@yahoo.com

*Pro se Plaintiff*

Respectfully submitted,

*s/ David M. Krueger*
_____
DAVID M. KRUEGER (0085072)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Email:       dkrueger@beneschlaw.com

22865765 v3
22925021 v1

        *s/ Madeline E. Leamon*
        Madeline E. Leamon (P83707)
        Brooks Wilkins Sharkey & Turco, PLLC
        401 South Old Woodward, Suite 400
        Birmingham, Michigan 48009
        Telephone: 248.971.1733
        Email: leamon@bwst-law.com
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2023, I electronically submitted the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to the following all parties that have appeared in this matter. I also certify that I have served a copy of the foregoing by electronic mail on the following parties as follows:

        Mark W. Dobronski
        Email: markdobronski@yahoo.com

        *s/ David M. Krueger*
        David M. Krueger
        *One of Defendants' Attorneys*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI | CASE NO. 4:23-cv-10541-FKB-EAS |
| Plaintiff, | HON. F. KAY BEHM |
| v. | |
| KRAUSE AND KINSMAN LAW, LLC, et al. | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Upon review of the Parties' Stipulated Dismissal with Prejudice, the Court is aware that the parties have settled the above-captioned matter and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), have stipulated that all claims asserted in this matter are dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED THAT all claims asserted in this matter are DISMISSED WITH PREJUDICE. Each party shall bear its own fees, costs, and any other litigation expenses. The Court shall retain jurisdiction to enforce the settlement agreement between the parties and to adjudicate any disputes arising under it.

Date: June 30, 2023

s/F. Kay Behm
Hon. F. Kay Behm
United States District Judge

22865765 v3
22925021 v1